THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| BRIAN DELGADO, et al. | Civil Action No. 14-cv-01722-SEB-DML |
| Plaintiffs, | |
| v. | |
| DIRECTV, INC., et al. | District Judge Sarah Evans Barker<br>Magistrate Judge Debra McVicker Lynch |
| Defendants. | |

## ORDER

The Court has reviewed the parties' Joint Motion to Reset the Initial Pretrial Conference and Extend Corresponding Case Management Deadlines, and having found good cause shown, IT IS HEREBY ORDERED that:

1. The Joint Motion to Reset the Initial Pretrial Conference and Extend Corresponding Case Management Deadlines is GRANTED;

2. Plaintiffs must file their amended complaint on or before March 18, 2015;

3. Defendants must answer or otherwise plead on or before April 20, 2015;

4. The Telephone Initial Pretrial Conference is RESET for May 1, 2015, at 11:00 a.m. Counsel are to call 317-229-3630 at the time of the conference. All provisions of the Court's order from February 9, 2015, remain in effect.

Dated: February 25, 2015

Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system