**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| **BRIAN DELGADO, JUSTIN GOODMAN, TRACEY HASHMAN, VALDIS KREMERS, GARY MISSI, WILLIAM SNYDER, DAVE CRAWFORD, SHANE HARRIS, ANTHONY HERMILLER, HERMAN KLUESNER, CHRISTOPHER LONG, KEVIN PITTMAN, KEVIN PYLE, ADAM SCHULLER, ANDREW SINCLAIR, RICK WEINGART, WILLIAM WOODCOCK, RYAN YANDELL, DAVID YARLOT, JOHN LINDSAY, and ROBERT LANDRUM,** | **Case No.  1:14-cv-01722-SEB-DML** |
| **Plaintiffs,** | |
| **v.** | |
| **DIRECTV, LLC, DIRECTSAT USA, LLC, and MULTIBAND CORP.,** | |
| **Defendants.** | |

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR
EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTIONS TO DISMISS
(Docs. 53, 54 & 57) AND TO SEVER HSP DEFENDANTS (Docs. 48 & 51)**

The Court has reviewed Plaintiffs' Unopposed Motion for Extension of Time to Respond to Defendants' Motions to Dismiss (Docs. 53, 54 & 57) and to Sever the HSP Defendants (Docs. 48 & 52), and having found good cause shown, IT IS HEREBY ORDERED that:

Plaintiffs' Responses to Defendants' Motions to Dismiss (Docs. 53, 54 & 57) and to Sever the HSP Defendants (Docs. 48 & 52) are now due to be filed no later than May 11, 2015.

IT IS SO ORDERED.

Dated:  May 6, 2015

_Debra McVicker Lynch_
Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email distributed by the ECF system.