EXHIBIT 260

# SOLAR CONNECT INVOICE

TECH NUMBER: Justin Good  MB  
WEEK: DSL000920

| # | DATE | ACCT # | TYPE | AMOUNT | DISH | IRD | IRD | IRD | IRD | BRIDGE | SWM 16 | DECA | DPP |
|---|------|--------|------|--------|------|-----|-----|-----|-----|--------|--------|------|-----|
| 1 | 12/21 | 6516316 | SC | 40 | | | | | | | | | |
| 2 | 12/21 | 1866760 | SC | 40 | | | | | | | | | |
| 3 | 12/26 | 2224262 | SC | 40 | | | | | | | | | |
| 4 | 12/26 | 1636305 | SC | 6040 | | | | | | | | | |
| 5 | 12/26 | 16781408 | SC | 40 | NOT on grid | | SC | | | | | BB | |
| 6 | 12/23 | 6550365 | NI | 120 | KA | G | C | | | | | BB | |
| 7 | 12/23 | 8225154 | SC | 40 | | | | | | | | | |
| 8 | 12/23 | 14652388 | SC | 40 | | | | | | | | | |
| 9 | 12/23 | 6982565 | NI | 140 | KA | G | C | | | | | BB | |
| 10 | 12/23 | 21503878 | SC | 40 | | | | | | | | | |
| 11 | 12/22 | 24529832 | SC | 40 | | | | | | | | | |
| 12 | 12/22 | 5748889 | SC | 40 | | | | | | | | | |
| 13 | 12/21 | 6460305 | SC | 40 | | | C | C | | | | | |
| 14 | 12/21 | 6540988 | NI | 140 | KA | G | C | C | | | | | |
| 15 | 12/21 | 53315374 | SC | 6040 | | | | | | | | BB | |
| 16 | 12/21 | 76589869 | SC | 40 | | | | | | | | | |
| 17 | 12/22 | 24529832 | SC | 40 | | | | | | | | | |
| 18 | 12/22 | 14346675 | NI | 100 | | | | | | | | | |
| | TOTAL | | | 1100 | | | | | | | | | |

Notes: Tech 920 Level 2

SIGNATURE:

**********PAPER WORK MUST BE TURNED IN EVERY TUESDAY. FAILURE TO DO SO WILL RESULT IN A $100 FINE**********

CONFIDENTIAL    SOLARCONNECT_PLTF00000022

# SOLAR CONNECT INVOICE

TECH NUMBER: SW00544  
WEEK:

| DATE | ACCT # | TYPE | AMOUNT | DISH | IRD | IRD | IRD | IRD | BRIDGE | SWM 16 | DECA | DPP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 12/28 | 1099515٦ | SC | 40 ✓ | | | | | | | | |
| 2 | 12/28 | 8203376 | SC | 40 ✓ | | | | | | | | |
| 3 | 12/31 | 5899953 | NI | 140 ✓ | KAKU COHDN HD | HD | | | | | B2 | |
| 4 | 12/31 | 1678408 | SC | 40 ✓ | | | | | | | | |
| 5 | 12/31 | 6341953S | SC | 40 ✓ | | | | | | | | |
| 6 | 12/31 | 6335366 | SC | 40 ✓ | | | | | | | | |
| 7 | | | | | | | | | | | | |
| ... | | | | | | | | | | | | |
| TOTAL | | | 340 | | | | | | | | | |

SIGNATURE:

Notes: Tech 926 Level 2

*************PAPER WORK MUST BE TURNED IN EVERY TUESDAY. FAILURE TO DO SO WILL RESULT IN A $100 FINE**************

CONFIDENTIAL

SOLARCONNECT_PLTF00000023

TECH NUMBER 926   SOLAR CONNECT INVOICE   WEEK

| DATE | ACCT # | TYPE | AMOUNT | DISH | IRD | IRD | IRD | IRD | IRD | BRIDGE | SWM 16 | DECA | DPP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 1/9 | 2620525 | SC | 40 | | | | | | | | | | |
| 2 1/9 | 6190866 | SC | 40 | Totbox | HDR | | | | | | | | |
| 3 1/9 | 6350272 | SC | 40 | | 6260 | | | | | | | | |
| 4 1/9 | 4656352 | SC | 40 45 | | | | | | | | | | |
| 5 1/9 | 3703?397 | SC | 40 | | | | | | | | | | |
| 6 1/8 | 5887295 | SC | 40 | | | | | | | | | | |
| 7 1/8 | 8287653 | SC | 40 | | | | | | | | | | |
| 8 1/8 | 6630646 | NI | 120 | KaKo | G | C | | | | | | | |
| 9 1/8 | 1070320 | SC | 60 40 | | | | | | | | BB | | |
| 10 1/7 | 3534?074 | SC | 40 | | | | | | | | | | |
| 11 1/7 | 5?669381 | NI | 105 | Rain | G | WC | VG | | | | | | |
| 12 1/7 | 1838589 | NI | 120 | | G | C | C | | | | | | |
| 13 1/7 | 2280106 | NI | 120 | | G | C | | | | | | BB | |
| 14 1/7 | 6515776 | SC | 40 | | | | | | | | | | |
| 15 1/5 | 3595653 | SC | 40 | | | | | | | | | | |
| 16 1/5 | 6875781 | SC | 40 | | | | | | | | | | |
| 17 1/5 | 3818633 | SC | 60 40 | | G | C | C | | | | | | |
| 18 1/5 | 1441152 | NI | 120 | | | | | | | | | | |
| 19 1/5 | 5927739 | SC | 40 | | | | | | | | | | |
| 20 1/5 | 4133565 | SC | 40 | | | | | | | | | | |
| 21 1/4 | 6887370 | BP | 60 | KaKo | C | | | | | | | | |
| 22 1/4 | 7533352 | UP | 45 | | | | | | | | | | |
| 23 | | | | | | | | | | | | | |
| 24 | | | | | | | | | | | | | |
| 25 | | | | | | | | | | | | | |
| TOTAL | | | 1335 | | | | | | | | | | |

SIGNATURE: [signature]

Notes: Level 2

*************PAPER WORK MUST BE TURNED IN EVERY TUESDAY. FAILURE TO DO SO WILL RESULT IN A $100 FINE*************

CONFIDENTIAL

SOLARCONNECT_PLTF00000024

# SOLAR CONNECT INVOICE

TECH NUMBER: 926   WEEK:

| DATE | ACCT # | TYPE | AMOUNT | DISH | IRD | IRD | IRD | IRD | BRIDGE | SWM 16 | DECA | DPP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 1/16 | 2319385 | SC | 40 | | | | | | | | | |
| 2 1/16 | 1798114 | SC | 40 | | | | | | | | | |
| 3 1/16 | 6453854 | SC | 40 | | | | | | | | | |
| 4 1/16 | 2626919 | NT | 80 | KA/KU | HD | | | | | | | |
| 5 1/15 | 9470150 | SC | 40 | | | | | | | | | |
| 6 1/15 | 8224835 | SC | 40 | | | | | | | | | |
| 7 1/15 | 8390309 | SC | 40 | | ✗ | | | | | | | |
| 8 1/14 | 4038687 | SC | 40 | | | | | | | | | |
| 9 1/14 | 2816959 | SC | 40 | | | | | | | | | |
| 10 1/14 | 4613269 | SC | 40 | | ✗ | | | | | | | |
| 11 1/14 | 3970564 | SC | 40 | | | | | | | ✗ | | |
| 12 1/14 | 7048218 | SC | 40 | | | | | | | | | |
| 13 1/13 | 1843830 | NT | 140 | KA/KU | HD | HD | | | | | | |
| 14 1/13 | 1469080 | SC | 40 | | | | | | | | | |
| 15 1/13 | 1839555 | NT | 160 | KK/KU GEN L | C | | | | | | | |
| 16 1/13 | 9479351 | SC | 40 | | | | | | | | | |
| 17 1/13 | 6404050 | SC | 40 | | | | | | | | | |
| 18 1/11 | 1832167 | NT | 80 | KK/KU | INDNR | | | | | | | |
| 19 1/11 | 8173795 | UP | 65 45 | ✗ | C | | | | | | ✗ | |
| 20 1/11 | 5476130 | SC | 40 | | | | | | | | | |
| 21 | | | | | | | | | | | | |
| 22 | | | | | | | | | | | | |
| 23 | | | | | | | | | | | | |
| 24 | | | | | | | | | | | | |
| 25 | | | | | | | | | | | | |
| TOTAL | | | 1050 | | | | | | | | | |

SIGNATURE: _(signed)_

**********PAPER WORK MUST BE TURNED IN EVERY TUESDAY. FAILURE TO DO SO WILL RESULT IN A $100 FINE**********

Notes: OWEN PEREZ $250 FROM LAST PAY FOR OVERCHARGED

SOLARCONNECT_PLTF00000025

CONFIDENTIAL

# SOLAR CONNECT INVOICE

TECH NUMBER: MW  WEEK:

| DATE | ACCT # | TYPE | AMOUNT | DISH | IRD | IRD | IRD | IRD | IRD | BRIDGE | SWM 16 | DECA | DPP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 1/23 | 337631 | NE | 80 | R/kw | HD/kw | | | | | | | | |
| 2 1/23 | 8175598 | SC | 40 | | GEN | | | | | | | | |
| 3 1/23 | 8257857 | SC | 40 | | GEN | | | | | | | | |
| 4 1/22 | 7622038 | SC | 40 | | | | | | | | | | |
| 5 1/22 | 8637788 | NI | 160 | K/kw | G | C | C | | | | | BH | |
| 6 1/22 | 3867644 | SC | 40 | | | | | | | | | | |
| 7 1/22 | 6927520 | SC | 40 | | | | | | | | | | |
| 8 1/21 | 9856336 | UP | 55 | kaku | HD | | | | | | | | |
| 9 1/21 | 8855759 | SC | 4651 | | | | | | | | ✓ | BB | |
| 10 1/21 | 5745137 | SC | 40 | | | | | | | | | | |
| 11 1/21 | 5908576 | SC | 40 | | | | | | | | | | |
| 12 1/21 | 6349929 | SC | 40 | | | | | | | | | | |
| 13 1/19 | 6353306 | SC | 40 | | | | | | | | | | |
| 14 1/19 | 4619393 | NI | 140 | k/kw | HD/am G | HD | C | C | | | | | |
| 15 1/19 | 5319517 | SC | 45 | | | | | | | | | | |
| 16 1/19 | 3655480 | SC | 40 | | | | | | | | | DS | |
| 17 1/18 | 1065478 | NI | 130 | | G | C | | | | | | | |
| 18 1/18 | 6277609 | UP | 45 | | C | C | C | | | | | BB | |
| 19 1/17 | 6718967 | NI | 145 | | G | C | C | VB | | | | | |
| 20 1/17 | 5934557 | SC | 40 | | | | | | | | | | |
| 21 1/17 | 3898691 | SC | 40 | | | | | | | | | | |
| 22 1/17 | 7576469 | SC | 40 | | | | | | | | | | |
| 23 | | | | | | | | | | | | | |
| 24 | | | | | | | | | | | | | |
| 25 | | | | | | | | | | | | | |
| TOTAL | | | 1,376 | | | | | | | | | | |

SIGNATURE:

Notes: Level 2

*********PAPER WORK MUST BE TURNED IN EVERY TUESDAY. FAILURE TO DO SO WILL RESULT IN A $100 FINE*********

CONFIDENTIAL  SOLARCONNECT_PLTF00000026

# SOLAR CONNECT INVOICE

| DATE | ACCOUNT # | TYPE | AMOUNT | DISPATCHER | DRIVE 1 | DRIVE 2 | DRIVE 3 | RB | RB | RB | RB | RB | RB | DEC | MILES | NOTES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/28 | 9628735 | NI | 160 | KAKU | KRW | | | | | | | | | | | |
| 2/28 | 6406720 | SC | 40 | | | | | | | | | | | | | |
| 3/28 | 6112640 | SC | 40 | | | | | | | | | | | | | |
| 4/28 | 6908749 | SC | 40 | | | | | | | | | | | | | |
| 5/28 | 5000393 | SC | 40 | | | | | | | | | | | | | |
| 6/26 | 5874937 | SC | 40 | | | | | | | | | | | | | |
| 7/26 | 4395853 | NI | 120 | KAKU | G | C | CT | | | | | | | | | |
| 8/26 | 1571677 | SC | 40 | | | | | | | | | | | | | |
| 9/28 | 5000293 | SC | 40 | | | | | | | | | | | | | |
| 10/26 | 6339336 | SC | 40 | | | | | | | | | | | | | |
| 11/29 | 7540510 | SC | 40 | | | | | | | | | | | | | |
| 12/29 | 2286031 | NI | 160 | KAKU | G | C | | BG | | | | | | | | |
| 13/30 | 82558619 | NI | 105 | KAKU | G | C | INT | BB | | | | | | | | |
| 14/30 | 10735933 | NI | 110 | KAKU | G | WCS VB30 | | | | | | | | | | |
| 15/30 | 5945342 | SC | 45 | KAKU | G | WCS | | TNT | | | | | | | | |
| 16/26 | 8227653 | SC | 100 40 | KAKU | G | | | BD | | | | | | | | |
| 17 | | | | | | | | | | | | | | | | |
| 18 | | | | | | | | | | | | | | | | |
| 19 | | | | | | | | | | | | | | | | |
| 20 | | | | | | | | | | | | | | | | |
| 21 | | | | | | | | | | | | | | | | |
| 22 | | | | | | | | | | | | | | | | |
| 23 | | | | | | | | | | | | | | | | |
| 24 | | | | | | | | | | | | | | | | |
| 25 | | | | | | | | | | | | | | | | |

TOTAL: 1000

Notes: 724

SIGNATURE:

*****PAPER WORK MUST BE TURNED IN EVERY TUESDAY. FAILURE TO DO SO WILL RESULT IN A $100 FINE*****

CONFIDENTIAL

SOLARCONNECT_PLTF00000027

# SOLAR CONNECT INVOICE

WEEK: Feb 9/6

| DATE | ACCT # | TYPE | AMOUNT | DISH | IRD. | IRD. | IRD. | IRD. | IRD. | BRIDGE | SWM 16. | DECA | DPP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 2/6 | 8619373 | NI | 80 | KA/W 1/2/24 | | | | | | | | | |
| 02 2/6 | 3677805 | SC | 40 | | | | | | | | | | |
| 03 8/4 | 1491033 | SC | 40 | | | | | | | | | | |
| 04 2/4 | 4577459 | SC | 40 | | | | | | | | | | |
| 05 2/2 | 75274624 | SC | 40 X | | | | | | | | | | |
| 06 2/2 | 36406169 | SC | 40 | | | | | | | | | | |
| 07 2/2 | 5353526 | SC | 40 | | | | | | | | | | |
| 08 2/6 | 8817800 | SC | 40 | | | | | | | | | | |
| 09 2/6 | 7614930 | SC | 0 | | | | | | | | | | |
| 10 2/6 | 83637984 | SC | 40 | | | | | | | | | | |
| 11 2/5 | 5716630 | SC | 60 | | G | W | G | CO | 1/6/24 1/16/24 | | | | |
| 12 2/5 | 5716651 | NI | 160 | KA/W | | CO | CO | CO | | | √G | TNT BB | |
| 13 2/5 | 2829631 | SC | 40 | | | | | | | | | BB | |
| 14 2/5 | 5689955 | SC | 40 | | | | | | | | | | |
| 15 2/4 | 22174133 | SC | 55 | SUB KA/W | | | | | | | | | |
| 16 2/2 | 4288423 | NI | 145 | KA/W | G | G | G | G | | | | TNT | |
| 17 2/2 | 13043337 | SC | 40 | | | | | | | | | | |
| 18 | | | | | | | | | | | | | |
| 19 | | | | | | | | | | | | | |
| 20 | | | | | | | | | | | | | |
| 21 | | | | | | | | | | | | | |
| 22 | | | | | | | | | | | | | |
| 23 | | | | | | | | | | | | | |
| 24 | | | | | | | | | | | | | |
| 25 | | | | | | | | | | | | | |
| TOTAL | | | 985 | | | | | | | | | | |

SIGNATURE: [signature]

Notes: Level 1-2

•••••PAPER WORK MUST BE TURNED IN EVERY TUESDAY. FAILURE TO DO SO WILL RESULT IN A $100 FINE••••••

CONFIDENTIAL

SOLARCONNECT_PLTF00000028

# SOLAR CONNECT INVOICE

0007K 6

| DATE | ACCT # | TYPE | AMOUNT | DISH | IRD | IRD | IRD. | IRD. | IRD. | BRIDGE | SWM 16 | BECA | DPP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/13 | 3585466 | SC | 120 | 40 | | | | | | | | BB | |
| 12/13 | 71046375 | SC | 45 | | | | | | | | | INS | |
| 12/13 | 1661735Y | SC | 45 | | | | | | | | | INS | |
| 12/13 | 6381547 | SC | 50 | 40 | | | | | | | | WCH | |
| 12/13 | 85567893 | SC | 60 | 40 | | | | | | | | BB | |
| 16/12 | 16387565 | SC | 60 | | | | | | | | | BR | |
| 12/12 | 3347355 | SC | 40 | | | | | | | | | | |
| 12/12 | 2633/697 | NE | 120 | KA/KU | 6 | C | | | | | | TK | |
| 12/11 | 3773867 | SC | 45 | | | | | | | | | BB | |
| 12/11 | 1464118 | NE | 40 | KA/KU | 6 | C | | | | | | BB | |
| 12/11 | 5855454 | SC | 60 | | 5 | | | | | | | BA | |
| 12/9 | 7630239 | SC | 40 | | | | | | | | | INS | |
| 13/9 | 75274294 | SC | 40 | Duplicate see 7/1 | | | | | | | | | |
| 14/9 | 86210869 | SC | 60 40 | | wc | | | | | | | BB | |
| 15/9 | 1897746 | SC | 40 | | | | | | | | | | |
| 16/9 | 1369379 | SC | 50 40 | | | C | | | | | | WC | |
| 07/8 | 16733614 | NE | 145 | KA/KU | 6 | C | | | | | | INS | |
| 18 | | | | | | | | | | | | | |
| 19 | | | | | | | | | | | | | |
| 20 | | | | | | | | | | | | | |
| 21 | | | | | | | | | | | | | |
| 22 | | | | | | | | | | | | | |
| 23 | | | | | | | | | | | | | |
| 24 | | | | | | | | | | | | | |
| 25 | | | | | | | | | | | | | |
| TOTAL | | | 1165 | | | | | | | | | | |

SIGNATURE:

Notes:

*****PAPER WORK MUST BE TURNED IN EVERY TUESDAY. FAILURE TO DO SO WILL RESULT IN A $100 FINE******

CONFIDENTIAL
SOLARCONNECT_PLTF00000029

# SOLAR CONNECT INVOICE

DS1000926

| DATE | ACCT # | TYPE | AMOUNT | DISH | IRD | IRD | IRD | IRD | IRD | BRIDGE | SWM 16 | DECA | DPP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 2/19 | 7025952 | I | 100 | KA/KU | G | C | | | | | | | |
| 2 2/20 | 1567785 | SC | 60 | | | | | | | | | BR | |
| 3 2/15/16 | 4358917 | I | 146 | KA KU | GL | C | | | | | | BB | |
| 4 2/15 | 9359088 | UP | 5540 | KA KU | | C4 | | | | | | | |
| 5 2/18 | 8833671 | SC | 40 | | | | | | | | | | |
| 6 2/19 | 3941990 | SC | 40 | | | | | | | | | | |
| 7 2/19 | 2897874 | SC | 40 | | | | | | | | | | |
| 8 2/16 | 5192596 | SC | 5540 | | | | | | | | | | |
| 9 2/16 | 1567928 | SC | 40 | | | | | | | | | | |
| 10 2/16 | 8286946 | SC | 40 | | | | | | | | | | |
| 11 2/16 | 1436236 | NI | 115 | KA KU | 6 | wC5 | wC5 | Vb29 | | | 5TN | | |
| 12 | | | | | | | | | | | | | |
| 13 | | | | | | | | | | | | | |
| 14 | | | | | | | | | | | | | |
| 15 | | | | | | | | | | | | | |
| 16 | | | | | | | | | | | | | |
| 17 | | | | | | | | | | | | | |
| 18 | | | | | | | | | | | | | |
| 19 | | | | | | | | | | | | | |
| 20 | | | | | | | | | | | | | |
| 21 | | | | | | | | | | | | | |
| 22 | | | | | | | | | | | | | |
| 23 | | | | | | | | | | | | | |
| 24 | | | | | | | | | | | | | |
| 25 | | | | | | | | | | | | | |
| TOTAL | | | 735 | | | | | | | | | | |

SIGNATURE: _____

Notes: Level 2

*******PAPER WORK MUST BE TURNED IN EVERY TUESDAY. FAILURE TO DO SO WILL RESULT IN A $100 FINE********

CONFIDENTIAL
SOLARCONNECT_PLTF00000030

# SOLAR CONNECT INVOICE

SS200926

| DATE | ACCT # | TYPE | AMOUNT | DISH | IRD | IRD | IRD | IRD | BRIDGE | SWM 16 | DECA | DPP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 2/2/26 | 748052 | NI | 40 | Kathy | Gerald | C | C | | | | | |
| 2 2/26 | 1849481 | SC | 60 | | | | | | | | BB | |
| 3 2/26 | 17819839 | SC | 40 | NOT ON PAYLIST | | | | | | | | |
| 4 2/26 | 2776758 | SC | 40 | | | | | | | | | |
| 5 2/26 | 8705706 | SC | 40 | | | | | | | | | |
| 6 2/26 | 1331919 | SC | 40 | | | | | | | | | |
| 7 2/24 | 3865388 | SC | 60 | | | | | | | | BB | |
| 8 2/24 | 6549287 | SC | 60 | | | | | | | | BB | |
| 9 2/24 | 4146588 | SC | 40 | | | | | | | | | |
| 10 2/23 | 2037785A | SC | 40 | | | | | | | | | |
| 11 2/23 | 8109035 | SC | 45 | | | | | | | | Swift | |
| 12 2/23 | 5546619 | SC | 40 | | | | | | | | | |
| 13 2/23 | 3365871 | SC | 60 | | | | | | | | BB | |
| 14 2/23 | 3365868 | SC | 50 | | | | | | | | 10cuft | |
| 15 2/23 | 7594762 | SC | 40 | | | | | | | | | |
| 16 2/23 | 2763738 | SC | 40 | | | | | | | | | |
| 17 2/22 | 5286168 | SC | 40 | | | | | | | | BUK | |

TOTAL 880

SIGNATURE:

Notes:

PAPER WORK MUST BE TURNED IN EVERY TUESDAY. FAILURE TO DO SO WILL RESULT IN A $100 FINE

CONFIDENTIAL

SOLARCONNECT_PLTF00000031

# 9/6 SOLAR CONNECT INVOICE

| DATE | ACCT # | TYPE | AMOUNT | DISH | IRD | IRD | IRD | IRD | BRIDGE | SWM 1G | DECA | DPP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. 3/1 | 2941203 | SC | 50 40 | | | | | | | | | |
| 2. 3/2 | 1045378 | SC | 40 | | | | | | | | | |
| 3. 3/2 | 3669313 | SC | 40 | | | | | | | | | |
| 4. 3/5 | 14813333 | NI | 100 | KA/KU | GL | C | | | | | | |
| 5. 3/5 | 1505327 | UP | 55 | KA/KU | G | C | | | | | | |
| 6. 3/4 | 1475705 | NI | 140 | KA/KU | G | C | 4K | | | | | |
| 7. 3/3 | 3579930 | SC | 6040 | | | | | | | | | |
| 8. 3/3 | 5063172 | OP | 60 | | G | C | | | | | 85 | |
| 9. 3/2 | 2346978 | NI | 80 | KA/KU | | HD | | | | | 85 | |
| 10. 3/1 | 2635660 | SC | 40 | | | | | | | | | |
| 11. 3/1 | 3858463 | SC | 40 | | | | | | | | | |
| 12. 3/1 | 39593078 | SC | 6040 | | | | | | | | 85 | |
| 13. 3/1 | 7654813 | NI | 120 | KA/KU | G | WS | WS | WS | VB | | INTS | |
| 14. | | | | | | | | | | | | |
| 15. | 90 DAY BONUS | | 250 | | | | | | | | | |
| 16. | | | | | | | | | | | | |
| 17. | | | | | | | | | | | | |
| 18. | | | | | | | | | | | | |
| 19. | | | | | | | | | | | | |
| 20. | | | | | | | | | | | | |
| 21. | | | | | | | | | | | | |
| 22. | | | | | | | | | | | | |
| 23. | | | | | | | | | | | | |
| 24. | | | | | | | | | | | | |
| 25. | | | | | | | | | | | | |
| TOTAL | | | 890 1146 | | | | | | | | | |

SIGNATURE: [signature]  Notes: Level 2

*******PAPER WORK MUST BE TURNED IN EVERY TUESDAY. FAILURE TO DO SO WILL RESULT IN A $100 FINE*******

CONFIDENTIAL
SOLARCONNECT_PLTF00000032

# SOLAR CONNECT INVOICE

DST100996

| DATE | ACCT # | TYPE | AMOUNT | DISB. | IRD | IRD | IRD | IRD | BRIDGE | SWM 16 | DECA | DPP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 3/12 | 6987696 | SC | 40 | | | | | | | | | |
| 2 3/12 | 8381945a | UP | 8565 | KA\KU | WC | WC | WC | VBV | | | | |
| 3 3/12 | 3650794 | NT | 9580 | KA\KU HD\DVR | | | | | | | | |
| 4 3/12 | 7538240 | SC | 7540 | | | | | | | | | |
| 5 3/12 | 3046193 | NT | 130 | KA\KU GENIE | C | C | | POLE MOUNT | BB | | | |
| 6 3/12 | 7758733 | SC | 4540 | | | | | | | INT | | |
| 7 3/12 | | | | | | | | | | | | |
| 8 3/11 | 10342811 | SC | 40 | | | | | | | | | |
| 9 3/11 | 1959905 | SC | 40 | | | | | | | | | |
| 10 3/11 | 6635277 | SC | 40 | | | | | | | | | |
| 11 3/11 | 4453357 | NT | 135 | KA\KU GENIE | C | C | | | | 5 INT | | |
| 12 3/10 | 16083710 | SC | 6040 | | | | | | | BB | | |
| 13 3/10 | 2824165 | SC | 40 | GENIE | | | | | | | | |
| 14 3/10 | 3814045 | SC | 40 | | | | | | | BB | | |
| 15 3/10 | 1135357 | NT | 140 | KA\KU GENIE | C | C | | | | BB | | |
| 16 3/10 | 35137432 | SC | 6040 | | | | | | | | | |
| 17 3/12 | 6356855 | SC | 40 | | | | | | | | | |
| 18 3/8 | 7288555 | NT | 130 | KA\KU GENIE | C | C | | | | 5 INT | | |
| 19 3/9 | 3594831 | SC | 40 | SPD | C | | | | | | | |
| 20 3/8 | 4417877 | NT | 105 | KA\KU GENIE | C | C | | | | | | |
| 21 3/8 | 2669350 | SC | 40 | | | | | | | | | |
| 22 3/8 | 5693694 | SC | 6040 | | | | | | | BB | | |
| 23 3/7 | 240217 | NT | 140 | KA\KU GENIE | C | C | | | | | | |
| 24 3/7 | 2538890 | SC | 45 | | | | | | | | | |
| 25 3/7 | 3497853 | SC | 40 | GENIE | C | C | | | | 5 INT | | |
| | TOTAL | | | | | | | | | | | |

SIGNATURE: 

Notes: LW2

*PAPERWORK MUST BE TURNED IN EVERY TUESDAY. FAILURE TO DO SO WILL RESULT IN A $100 FINE*

# SOLAR CONNECT INVOICE

WEEK

| DATE | ACCT # | TYPE | AMOUNT | DISB. | IRD | IRD | IRD | IRD | BRIDGE | SWM 16 | DECA | DPP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3/7 | 6534513 | SC | 40 | | 5D/5 | | | | | | | |
| 2/7 | 3441108 | NE | 130 | KA/40 | G/40 | G/40 | C/40 | | | | | |
| 3/7 | 1995014 | SC | 40 | | G | | | | | | | |
| 4 | | | | | | | | | | | | |
| 5 | | | | | | | | | | | | |
| 6 | | | | | | | | | | | | |
| 7 | | | | | | | | | | | | |
| 8 | | | | | | | | | | | | |
| 9 | | | | | | | | | | | | |
| 10 | | | | | | | | | | | | |
| 11 | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | |
| 13 | | | | | | | | | | | | |
| 14 | | | | | | | | | | | | |
| 15 | | | | | | | | | | | | |
| 16 | | | | | | | | | | | | |
| 17 | | | | | | | | | | | | |
| 18 | | | | | | | | | | | | |
| 19 | | | | | | | | | | | | |
| 20 | | | | | | | | | | | | |
| 21 | | | | | | | | | | | | |
| 22 | | | | | | | | | | | | |
| 23 | | | | | | | | | | | | |
| 24 | | | | | | | | | | | | |
| 25 | | | | | | | | | | | | |

TOTAL: 1,875

SIGNATURE: [signed]

Notes:

**PAPER WORK MUST BE TURNED IN EVERY TUESDAY. FAILURE TO DO SO WILL RESULT IN A $100 FINE**

CONFIDENTIAL

SOLARCONNECT_PLTF00000034

# SOLAR CONNECT INVOICE

TECH NUMBER: 926  WEEK: _____

| DATE | ACCT # | TYPE | AMOUNT | DISH | IRD | IRD | IRD | IRD | BRIDGE | SWM 16 | DECA | DPP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 3/19 | 1485319 | NI | 155100 | KA/KU | Genie | C | | | POLE | | BB | |
| 2 3/19 | 4427438 | NI | 140 | KA/KU | G | C | | | | | BB | |
| 3 3/19 | 26475470 | NI | 160 | KA/KU | G | C | C | | | | BB | |
| 4 3/19 | 7274837 | NI | 120 | KA/KU | G | C | C | | | | BB | |
| 5 3/18 | 18819464 | NI | 105 | KA/KU | G | C | | | | | INS | |
| 6 3/14 | 11336848 | NI | 130 | KA/KU | G | C | | | | | BB | |
| 7 3/18 | 186 94398 | SC | 60 | | | | | | | | BB | |
| 8 3/17 | 7460783I | SC | 40 | | | | | | VB | | | |
| 9 3/17 | 62023536 | NI | 116 | KA/KU | G | WCS | WCS | | | | | |
| 10 3/17 | 90127771 | NI | 16680 | HD/DVR KA/KU | C | | | | | | | |
| 11 3/14 | 6294 9943 | NI | 120 | G | H244 | | | | | | BB | |
| 12 3/14 | 18755110 | NI | 120 | KA/KU | G | C | | | | | | |
| 13 | | | | | | | | | | | | |
| 14 | | | | | | | | | | | | |
| 15 | | | | | | | | | | | | |
| 16 | | | | | | | | | | | | |
| 17 | | | | | | | | | | | | |
| 18 | | | | | | | | | | | | |
| 19 | | | | | | | | | | | | |
| 20 | | | | | | | | | | | | |
| 21 | | | | | | | | | | | | |
| 22 | | | | | | | | | | | | |
| 23 | | | | | | | | | | | | |
| 24 | | | | | | | | | | | | |
| 25 | | | | | | | | | | | | |
| TOTAL | | | 1,350 | | | | | | | | | |

SIGNATURE: _____  Notes: _____

*********PAPER WORK MUST BE TURNED IN EVERY TUESDAY. FAILURE TO DO SO WILL RESULT IN A $100 FINE*********

CONFIDENTIAL  SOLARCONNECT_PLTF00000035

# SOLAR CONNECT INVOICE

TECH NUMBER: DSI_00926  
WEEK: 3/26

| # | DATE | ACCT # | TYPE | AMOUNT | DISH | IRD | IRD | IRD | IRD | IRD | BRIDGE | SWM 16 | DECA | DPP |
|---|------|--------|------|--------|------|-----|-----|-----|-----|-----|--------|--------|------|-----|
| 1 | 3/26 | 3287539? | NI | 100 | KA/KU | HD/DVR | | | | | | | BB | |
| 2 | 3/26 | 8397446 | SC | 40 | | | | | | | | | | |
| 3 | 3/21 | 18849595 | NI | 120 | KA/KU | G | 4K | | | | | | BB | |
| 4 | 3/21 | 5336046 | SC | 46 | | | | | | | | | | |
| 5 | 3/25 | 5549162? | UP | 70 | | G | C | | | | | | IBT | |
| 6 | 3/25 | 16168719 | UP | 65 | | VB/WCS | WCS | | | | | | BA | |
| 7 | 3/25 | 83131922 | SC | 40 | | GOAL | | | | | | | | |
| 8 | 3/20 | 71578933 | SC | 40 | | | | | | | | | | |
| 9 | 3/25 | 7389552 | NI | 115 | KA/KU | G | WCS | 3/24 ACCT 21986010 | | | | | IBT | |
| 10 | 3/21 | 7431590 | NI | 100 | KA/KU | G | C | VB | | | | | 1 | |
| 11 | 3/21 | 6675976 | SC | 45 | | | | | | | | | IBT | |
| 12 | 3/26 | 4478384 | NI | 80 | KA/KU | HD | | | | | | | | |
| 13 | 3/20 | 23004395 | NI | 100 | KA/KU | CO | CO | | | | | | | |
| 14 | 3/22 | 3289467 | NI | 120 | KA/KU | G | C | | | | | | BA | |
| 15 | | | | | | | | | | | | | | |
| 16 | | | | | | | | | | | | | | |
| 17 | | | | | | | | | | | | | | |
| 18 | | | | | | | | | | | | | | |
| 19 | | | | | | | | | | | | | | |
| 20 | | | | | | | | | | | | | | |
| 21 | | | | | | | | | | | | | | |
| 22 | | | | | | | | | | | | | | |
| 23 | | | | | | | | | | | | | | |
| 24 | | | | | | | | | | | | | | |
| 25 | | | | | | | | | | | | | | |
| TOTAL | | | | 1075 | | | | | | | | | | |

SIGNATURE:

Notes: Level 2

*************PAPER WORK MUST BE TURNED IN EVERY TUESDAY. FAILURE TO DO SO WILL RESULT IN A $100 FINE*************

CONFIDENTIAL
SOLARCONNECT_PLTF00000036

TECH NUMBER DSN 00926　　　　　　SOLAR CONNECT INVOICE　　　　　WEEK

| DATE | ACCT # | TYPE | AMOUNT | DISH | IRD | IRD | IRD | IRD | IRD | BRIDGE | SWM 16 | DECA | DPP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 4/2 | 7563584 | UP | 45 | | 10 | | | | | | | 000 | |
| 2 4/2 | 2394978 | UP | 65 | | 120 | | | | | | | | |
| 3 | | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | |
| 5 | | | | | | | | | | | | | |
| 6 | | | | | | | | | | | | | |
| 7 | | | | | | | | | | | | | |
| 8 | | | | | | | | | | | | | |
| 9 | | | | | | | | | | | | | |
| 10 | | | | | | | | | | | | | |
| 11 | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | |
| 13 | | | | | | | | | | | | | |
| 14 | | | | | | | | | | | | | |
| 15 | | | | | | | | | | | | | |
| 16 | | | | | | | | | | | | | |
| 17 | | | | | | | | | | | | | |
| 18 | | | | | | | | | | | | | |
| 19 | | | | | | | | | | | | | |
| 20 | | | | | | | | | | | | | |
| 21 | | | | | | | | | | | | | |
| 22 | | | | | | | | | | | | | |
| 23 | | | | | | | | | | | | | |
| 24 | | | | | | | | | | | | | |
| 25 | | | | | | | | | | | | | |
| TOTAL | | | 110 | | | | | | | | | | |

Notes: Tech 926 Level 2

SIGNATURE:

**********PAPER WORK MUST BE TURNED IN EVERY TUESDAY. FAILURE TO DO SO WILL RESULT IN A $100 FINE**********

SOLARCONNECT_PLTF00000037

CONFIDENTIAL

# SOLAR CONNECT INVOICE

TECH NUMBER: DS1000926  WEEK:

| DATE | ACCT # | TYPE | AMOUNT | DISH | IRD | IRD | IRD | IRD | BRIDGE | SWM 16 | DECA | DPP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 4/4 | 5690/880 | NDS | 100 | PA/KW | Best | Client | | | | | | |
| 2 4/7 | 2308825 | UP | 10585 | | Hbbn | STD | STD | | | | BB | |
| 3 4/4 | 5731344 | UP | 40 | | G | C | C | | | | | |
| 4 4/7 | 3715y149 | UP | 60 | | G | C | C | | | | BB | |
| 5 4/8 | 8333y594 | UP | 60 | ODV | | | | | | | BB | |
| 6 4/9 | 2443y025 | UP | 65 | | WES | VB | 4K | | | | SMS | |
| 7 4/7 | 7508151 | UP | 60 | ODV | G | C | C | S | | | SMS | |
| 8 4/7 | 5070375 | UP | 5045 | | G | C | C | | | 5 INT | BB | |
| 9 4/6 | 5178624 | UP | 8540 | | C | Relocate | | | | | BB | |
| 10 4/6 | 7052731 | UP | 8065 | | | | | | | | BB | |
| 11 | | | | | | | | | | | | |
| ... | | | | | | | | | | | | |
| TOTAL | | | 725 | | | | | | | | | |

SIGNATURE: _____

Notes: Level 2

*************PAPER WORK MUST BE TURNED IN EVERY TUESDAY. FAILURE TO DO SO WILL RESULT IN A $100 FINE*************

TECH NUMBER DSTL000926 Level 2  WEEK

# SOLAR CONNECT INVOICE

| # | DATE | ACCT # | TYPE | AMOUNT | DISH | IRD | IRD | IRD | IRD | BRIDGE | SWM 16 | DECA | DPP |
|---|------|--------|------|--------|------|-----|-----|-----|-----|--------|--------|------|-----|
| 1 | 4/14 | 2296901 | NI | 140 | kaku | G | C | C | C | | | | |
| 2 | 4/14 | 1899960 | UP 40 | 45 | kaku | | | | | | | | |
| 3 | 4/13 | 5605131 | UP | 46 | | HD 50 | | | | closed under 427 | | | |
| 4 | 4/12 | 81574502 | UP | 55 | | WES | WCS VB7° | | | | | | |
| 5 | 4/12 | 2293378 | UP 55 | 60 | | G | WCS VB1° | | | | | INT | |
| 6 | 4/11 | 2360598 | UP | 45 | | HD/DVR | | | | | | | |
| 7 | 4/11 | 1895535 | NI | 120 | kaku | HD/DVR | HD | | | | | | |
| 8 | 4/10 | 3609418 | NI | 100 | kaku | GL | C | | | | | | |
| 9 | 4/10 | 1583767 | NI | 120 | kaku | G | C | | | | | BB | |
| 10 | 4/10 | 1899968 | NI | 100 | kaku | HD/DVR | | | | | | BB | |

TOTAL 830

SIGNATURE: _[signature]_

Notes: Charged Back $90 For Squizzle calls. Never Credited

**********PAPER WORK MUST BE TURNED IN EVERY TUESDAY. FAILURE TO DO SO WILL RESULT IN A $100 FINE**********

CONFIDENTIAL                                          SOLARCONNECT_PLTF00000039

# SOLAR CONNECT INVOICE

TECH NUMBER 92w   WEEK

| DATE | ACCT # | TYPE | AMOUNT | DISH | IRD | IRD | IRD | IRD | BRIDGE | SWM 16 | DECA | DPP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 1/18 | 1967SK | NI | 90 | KA/KU | G | C | | | | | | |
| 2 1/19 | 256349 | NI | 108 | KA/KU | G | C | BS | | | | BB | |
| 3 1/19 | 212428 | UP | 45W | | WC5 | WC | | | | | INS | |
| 4 | | | | | | | | | | | | |
| 5 | | | | | | | | | | | | |
| 6 | | | | | | | | | | | | |
| 7 | | | | | | | | | | | | |
| 8 | | | | | | | | | | | | |
| 9 | | | | | | | | | | | | |
| 10 | | | | | | | | | | | | |
| 11 | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | |
| 13 | | | | | | | | | | | | |
| 14 | | | | | | | | | | | | |
| 15 | | | | | | | | | | | | |
| 16 | | | | | | | | | | | | |
| 17 | | | | | | | | | | | | |
| 18 | | | | | | | | | | | | |
| 19 | | | | | | | | | | | | |
| 20 | | | | | | | | | | | | |
| 21 | | | | | | | | | | | | |
| 22 | | | | | | | | | | | | |
| 23 | | | | | | | | | | | | |
| 24 | | | | | | | | | | | | |
| 25 | | | | | | | | | | | | |
| TOTAL | 230 | | | | | | | | | | | |

SIGNATURE: _[signed]_   Notes: _[signed]_

**********PAPER WORK MUST BE TURNED IN EVERY TUESDAY. FAILURE TO DO SO WILL RESULT IN A $100 FINE**********

CONFIDENTIAL   SOLARCONNECT_PLTF00000040